UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND OFFICE

UNITED STATES OF AMERICA,  )
      Plaintiff,             )  Case No.: 2:91 CR 003
                               )
vs.                             )
                               )  MOTION FOR LIMITED COURT
ROBERT M. LEVINE,           )  DOCKET SHEET AND COURT ORDER
      Defendant.         )

-FILED-

FEB 2 1 2017

ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIA

     Comes now Defendant, Robert M. LeVine, pro se and Respectfully moves the Court supply him with a copy of his Docket Sheet after January 1, 2010 to date and a copy of the Court's order reversing its Order requiring him to pay Restitution issued in 2011.

     If there are any costs, please inform me and I shall arrange to have the funds sent.

Respectfully submitted,

*(signature)*

Robert M. LeVine, pro se

cc:  Office of the United States Attorney
     5400 Federal Plaza, Room 1500
     Hammond, IN  46320

## NOTICE OF CHANGE OF ADDRESS

Please note that my current mailing address is:

Robert M. LeVine (96074-012)
Federal Correctional Insitution
37910 N. 45th Avenue
Phoenix, Az  85086-7055