OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
5400 FEDERAL PLAZA
HAMMOND, INDIANA 46320

OFFICIAL BUSINESS

S SUBURBAN
IL 604
25 JUL '19
PM 7 L

RTS / TRANSF

-FILED-
AUG 08 2019
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Robert M Levine
#96074-012
PHOENIX FCI
37910 N 45TH AVE
PHOENIX, AZ 85086

NIXIE     850  FE 1      0008/03/19
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 46320184099    *0761-01506-25-43